DAVIS and Another v. JENKINS.

*Thursday,
August 23.*

APPEAL from the Marion Court of Common Pleas.

Per Curiam.—The only error assigned is that no bill of particulars was filed with the complaint. There was no demurrer; no regular motion for a new trial. The suit is for work and labor, and the complaint contains in the body of it a statement of the kind of service, and time for which compensation is claimed. Under the circumstances, this is sufficient.

The judgment is affirmed with 10 per cent. damages and costs.

D. M'Donald and C. M. Walker, for the appellants.

J. Coburn, for the appellee.